UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | NO:  AU:25-CR-00444(1)-RP |
| (1) Jose Orellana-Espana | § | |

**<u>ORDER</u>**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed September 25, 2025, wherein the defendant Orellana-Espana waived appearance before this Court and appeared before United States Magistrate Judge Dustin Howell for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Orellana-Espana to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant Orellana-Espana's plea of guilty to Count 1 of the Information is accepted.

Signed this 6th day of October, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE